IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTONIO JOSE GARCIA VADO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| ATLANTIC LIMOUSINES, INC., ) | FILE NO: 1:11-cv-4509-AT |
| SOHRAB OSKOUEI & HOSSEIN ) | |
| OSKOUEI ) | |

Defendants.

## ORDER AND JUDGMENT

Upon review of the Consent Motion filed by the Parties, and in consideration of the facts agreed upon by the Parties, it is HEREBY ORDERED as follows:

1.

Plaintiff is found to be an independent contractor, and not an employee of Defendants.

2.

Defendants owe no money to Plaintiff for minimum wage or overtime.

3.

No attorneys' fees shall be awarded by the Court in this case.

4.

Judgment shall be entered in favor of Defendants on all of Plaintiff's claims.

IT IS SO ORDERED, this __12th__ day of __September__, 2012.

_____
Honorable Amy S. Totenberg